IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA, | § § § | |
| *Plaintiff,* | § § | SA-24-CV-00662-FB |
| vs. | § § | |
| JOHN DOE, | § § | |
| *Defendant.* | § § | |

# ORDER

Before the Court in the above-styled cause of action is Plaintiff's Motion for Permission to File Electronically [#13]. The Court will grant the motion.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Permission to File Electronically [#13] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff review the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases and the Local Court Rules available on the Court's website at https://www.txwd.uscourts.gov/cmecf/.

**IT IS FURTHER ORDERED** that Plaintiff may file electronically on the Western District of Texas Official Court Electronic Document Filing System in this cause of action.

SIGNED this 5th day of February, 2025.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE