# UNITED STATES DISTRICT COURT

for the
Western District of Texas

|  |  |  |
|---|---|---|
| **MARK ANTHONY ORTEGA** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:24-cv-00662-FB-ESC |
| | ) | |
| | ) | |
| **FREEDOM SOLAR SERVICES D/B/A BRIGHT SOLAR MARKETING** | ) | |
| | ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF SERVICE

I, Maurice Robinson, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on July 22, 2025, at 11:15 am. I delivered these documents to FREEDOM SOLAR SERVICES D/B/A BRIGHT SOLAR MARKETING in Sacramento County, CA on July 22, 2025 at 11:50 am at 2710 Gateway Oaks Drive, Sacramento, CA 95833 by leaving the following documents with Rebecca Vang who as Agent at Corporation Service Company is authorized by appointment or by law to receive service of process for FREEDOM SOLAR SERVICES D/B/A BRIGHT SOLAR MARKETING.

SUMMONS IN A CIVIL ACTION
PLAINTIFF'S FIRST AMENDED COMPLAINT

Asian Female, est. age 35-44, glasses: Y, Black hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=38.6161120041,-121.5164548622
Photograph: See Exhibit 1

Total Cost: $85.00

My name is Maurice Robinson, I am 18 years of age or older, and my address is 4343 Marconi Avenue, Sacramento, CA 95821, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Sacramento County ,

CA on 7/23/2025 .

/s/ *Maurice Robinson*

Maurice Robinson
+1 (510) 779-7203
Certification Number: 110394
Expiration Date: 8/30/2025

Exhibit 1a)

