IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA, | § | |
| *Plaintiff,* | § | SA-24-CV-00662-FB |
| vs. | § | |
| FREEDOM SOLAR SERVICES, | § | |
| *Defendant.* | § | |

## **ORDER RETURNING CASE TO DISTRICT COURT**

On this day, the undersigned recommended that Defendant's motion to dismiss Plaintiff's complaint be granted. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 15th day of May, 2026.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE