IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ANTHONY ORTEGA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. SA-24-CA-0662-FB |
| | § | |
| FREEDOM SOLAR SERVICES d/b/a | § | |
| Bright Solar Marketing, | § | |
| | § | |
| *Defendant*. | § | |

**ORDER ACCEPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Before the Court are the Report and Recommendation of United States Magistrate Judge (ECF No. 41) concerning Defendant Freedom Solar Service d/b/a Bright Solar Marketing's ("Defendant") Motion for Dismissal of Plaintiff's Complaint Under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) (ECF No. 34), along with Plaintiff Mark Anthony Ortega's written objections (ECF No. 43) thereto.[1]

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court need only review the Report and Recommendation and determine whether it is clearly erroneous or contrary to law. *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989).

On the other hand, any Report and Recommendation to which objection is made requires de novo review by the Court. Such a review means that the Court will examine the entire record, and will

---

[1] The Court declines to stay proceedings in this case based upon Defendant's notification that its parent company has filed for bankruptcy in the District of Delaware. (ECF No. 44).

make an independent assessment of the law. The Court need not, however, conduct a de novo review when the objections are frivolous, conclusive, or general in nature. *Battle v. United States Parole Comm'n,* 834 F.2d 419, 421 (5th Cir. 1987).

The Court has thoroughly analyzed Mr. Ortega's submission in light of the entire record. As required by Title 28 U.S.C. § 636(b)(1)(c), the Court has conducted an independent review of the entire record in this cause and has conducted a de novo review with respect to those matters raised by the objections. After due consideration, the Court concludes the objections lack merit.

IT IS THEREFORE ORDERED that the Report and Recommendation of the United States Magistrate Judge (ECF No. 41) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that:

* Defendant's Motion for Dismissal of Plaintiff's Complaint Under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) (ECF No. 34) is GRANTED as to Plaintiff's claims under the Telephone Consumer Protection Act, as well as Section 305 of the Texas Business and Commerce Code.

* The Court DECLINES to exercise supplemental jurisdiction over Plaintiff's state-law claim under Section 302 of the Texas Business and Commerce Code, and this claim is DISMISSED WITHOUT PREJUDICE to refiling in state court.

IT IS FINALLY ORDERED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 13th day of July, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE